**Order entered July 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00353-CV

**MANSIK & YOUNG PLAZA LLC, YOUNG HO KIM,
SUN HUI KIM, AND DAVID KIM, Appellants**

**V.**

**K-TOWN MANAGEMENT, LLC D/B/A KTN US; IP INVESTMENTS, LTD.;
ODES H. KIM; JI HONG PARK; AND CHUL SEUNG PARK, Appellees**

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-12729

## ORDER

Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Based on our opinion of this date, we **AFFIRM** the trial court's order of May 14, 2015

and **DENY** appellees' motion to increase the amount of appellants' supersedeas bond.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE